[Cite as *Morrison v. Ohio State Patrol*, 2010-Ohio-2318.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JOHN F. MORRISON

Plaintiff

v.

Case No. 2009-09191-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL
OHIO STATE PATROL

## FINDINGS OF FACT

{¶ 1}  1)  Plaintiff, John F. Morrison, filed this complaint against defendant, Ohio State Highway Patrol (OSHP), alleging that his personal property was lost as a proximate cause of negligence on the part of OSHP personnel.  Plaintiff seeks damages in the amount of $530.00.  Payment of the filing fee was waived.

{¶ 2}  2)  Defendant filed an investigation report admitting liability for plaintiff's loss and acknowledging the damage amount claimed.

## CONCLUSIONS OF LAW

{¶ 3}  1)  Negligence on the part of defendant has been established.  *Johnson v. State Highway Patrol* (2002), 2001-12347-AD; *Zapf v. Highway Patrol*, Ct. of Cl. No. 2006-07511-AD, 2007-Ohio-3104; *Landman v. Ohio State Highway Patrol*, Ct. of Cl. No. 2007-01801-AD, 2007-Ohio-2414; *Hutchison v. State Highway Patrol*, Ct. of Cl. No. 2008-06318-AD, 2008-Ohio-5627; *Kovacik v. Ohio State Hwy. Patrol*, Ct. of Cl. No. 2008-09619-AD, 2009-Ohio-1592.

{¶ 4}  2)  Plaintiff has suffered damages in the amount of $530.00.

## Court of Claims of Ohio

The Ohio Judicial Center

JOHN F. MORRISON

     Plaintiff

     v.

OHIO STATE PATROL

     Defendant

     Case No. 2009-09191-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF ADMINISTRATIVE
DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $530.00. Court costs are assessed against defendant.

     DANIEL R. BORCHERT
     Deputy Clerk

Entry cc:

John F. Morrison
P.O. Box 182
Newton Falls, Ohio 44444

Colonel David Dicken
Ohio State Highway Patrol
P.O. Box 182074
Columbus, Ohio 43218-2074

RDK/laa
2/23
Filed 2/25/10
Sent to S.C. reporter 5/21/10